UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Donald White, )
)
    Plaintiff, )
)
    v. )    Civil Action No. *13-1433 UNA*
)
Barack H. Obama, )
)
    Defendant. )
)

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) (requiring dismissal of a case upon a determination that the complaint is frivolous).

Plaintiff, a resident of Pittsburgh, Pennsylvania, sues President Barack H. Obama. He alleges that "his having been recently awarded an IRS Settlement Disbursement . . . perhaps has led to the proximate causations attributable to the charges raised against the defendant." The only purported charges "superficially describe [defendant's] disrespect for others than himself and his disrespect for the laws." Compl. at 1. Since the complaint "lacks an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), it will be dismissed. *See Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: September 6, 2013